UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61399-Civ-COHN

L&M COMPANIES, INC.,

    Plaintiff,

vs.

AGRICOLA LA LABOR, SA,
LA COSECHA, SA, and RICARDO ALFARO,

    Defendants.
_____/

### CERTIFICATION FOR TRANSFER TO MAGISTRATE JUDGE

THIS CAUSE is before the Court sua sponte. Pursuant to Administrative Order 2007-42, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no pending fully-briefed referred motions and is, therefore, ready to be transferred to Barry S. Seltzer, United States Magistrate Judge.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 22nd day of May, 2008.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

### ORDER OF TRANSFER

Pursuant to the above certification, the Clerk of the Court shall transfer assignment of this case to Magistrate Judge Barry S. Seltzer.

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of May, 2008.

*[signature]*
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
    Barry S. Seltzer, United States Magistrate Judge